IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| Kevin Simpson<br>Ethel Simpson<br><br>DEBTOR | NO. 04-41230<br>JUDGE: Black |

## NOTICE OF OUTSTANDING PAYMENT OBLIGATIONS

**Notified via Electronic Filing**
U.S. Trustee , 219 S. Dearborn, Room 873, Chicago, IL 60604
Glenn Stearns, 4343 Commerce Ct, Ste 120, Lisle IL 60532
Kathleen Vaught, 600 W Roosevelt Ste B1, Wheaton IL 60187
Joseph Wrobel 105 W. Madison Suite 700, Chicago, IL 60602
**Notified via US Postal Service**
Kevin Simpson, 1911 Windstone Dr, Plainfield IL 60544
Ethel Simpson, 1911 Windstone Dr, Plainfield IL 60544

NOW Comes MidFirst Bank ("Creditor"), and pursuant to the February 16, 2010 letter from the Chapter 13 Standing Trustee Glenn Stearns, providing notice to MidFirst that the Standing Trustee has completed payment of all pre-petition obligations and requiring the Creditor to file a statement of any unpaid post petition obligations pursuant to the terms of the Debtor's confirmed plan, Creditor is providing notice of the following outstanding post petition obligations:

1. Post petition monthly mortgage payment due December 1, 2009 through January 1, 2010 in the amount of $1829.46 each, late charge $73.17 each, February 1, 2010 and March 1, 2010 in the amount of $1785.89 each, late charge $71.43.
2. Uncollected late charges in the amount of $221.41
3. Post petition Attorney fees of $100.00.

Pursuant to the terms of the Debtors' confirmed plan, within 30 days of the service of this notice and statement, the Debtor may: (1) challenge the accuracy of this statement by motion filed with the Court and notice to the Creditor and Standing Trustee with the Court resolving the challenged items as a contested matter; or (2) file a proposed modified plan to provide for the payment of additional amounts that the Debtor acknowledges or the Court determines to be due. To the extent that amounts set forth in this statement are not determined by the Court to be invalid or are not paid by the Debtor through a modified plan, Creditor's right to collect these amounts will be unaffected.

1

## AFFIDAVIT OF SERVICE

     The undersigned, an attorney, hereby certifies that I have served a copy of this Notice and Statement of Outstanding Payments Due upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 4201 Lake Cook Rd, Northbrook, IL 60062-1060, before the hour of 5:00 PM on March 3, 2010, unless a copy was provided electronically by the Bankruptcy Court.

/s/ Michael Kalkowski
Richard B. Aronow ARDC# 03123969
Christopher A. Cieniawa ARDC# 06187452
Todd J Ruchman ARDC #06271827
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant
08-002610

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**